UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ANDREW AND SARAH FOSSUM,** | ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. **1:20-cv-00865-RP** |
| **FIRST DATA CORPORATION**. | ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

This matter having been fully resolved by the parties, Plaintiff Andrew and Sarah Fossum hereby voluntarily dismiss with prejudice their cause of action filed with this Court on August 18, 2020. Defendant has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 9, 2020

Respectfully Submitted

*/s/ Andrew John Fossum*
Andrew John Fossum
Texas State Bar No. 24084918
andrew.fossum@spearheadlegal.com

**SPEARHEAD LEGAL LLP**
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Phone: (512) 253-2166
Fax:    (949) 409-8383

**ATTORNEY FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 9, 2020, via the Court's CM/ECF system.

/s/ Andrew John Fossum
Andrew John Fossum
